IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JAMES ROGERS** and **ANDREW DITMORE**, | § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION NO. 6:21-CV-00894-ADA-JCM |
| **GSB TRANSPORT, INC.** and **GURPREET SINGH BHOGAL**, | § § § § | |
| *Defendants*. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice filed on June 27, 2022 (the "Stipulation"). The Court, having considered the Stipulation and having reviewed its file, hereby ORDERS, ADJUDGES, AND DECREES that the above-styled and numbered action is hereby DISMISSED WITH PREJUDICE to refiling the same and with all parties bearing their own attorneys' fees and costs.

**SIGNED AND ENTERED** this   5th   day of   July  , 2022.

_____
UNITED STATES DISTRICT JUDGE